**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| UNIVERSAL CIPHER, LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>WALMART, INC.,<br><br>　　　Defendant. | Case No. 2:19-cv-00164-JRG |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Universal Cipher, LLC ("Universal") and Defendant Walmart, Inc. ("Walmart") (collectively, "the Parties") hereby file this Joint Motion to Stay All Deadlines and Notice of Settlement.

Universal and Walmart have reached an agreement in principle to settle all matters in controversy between Universal and Walmart.  The parties respectfully request a stay of all deadlines and hearings in this case between Universal and Walmart for thirty (30) days, while the parties finalize a settlement agreement and file dismissal documents with the Court.

WHEREFORE, the parties respectfully request that the Court enter the proposed order submitted with this motion as set forth.

Dated: October 7, 2019

Respectfully submitted,

By: /s/ *Eric H. Findlay*
Eric H. Findlay
State Bar No. 00789886
FINDLAY CRAFT, P.C.
102 North College Avenue
Suite 900
Tyler, TX  75702
(903) 534-1100
(903) 534-1137 FAX

efindlay@findlaycraft.com

Bijal V. Vakil
CA State Bar No.: 192878
(Admitted to practice in E.D. Texas)
WHITE & CASE LLP
3000 El Camino Real
Two Palo Alto Square, Suite 900
Palo Alto, CA 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
Email: bvakil@whitecase.com

**COUNSEL FOR DEFENDANT
WALMART, INC.**

Jay Brett Johnson
Kizzia & Johnson PLLC
1910 Pacific Ave, Suite 1300
Dallas, TX 75201
214-451-0164
Fax: 214-451-0165
Email: jay@kjpllc.com

**COUNSEL FOR PLAINTIFF
UNIVERSAL CIPHER, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 7, 2019, the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  This motion was served on all counsel by electronic filing.

By      */s/ Eric H. Findlay*
Eric H. Findlay